NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MARC CHASON, DANIEL ROMAN GAMOTA, RICK LATELLA, DMR INTERNATIONAL, INC.,**
*Appellants*

---

2019-1564

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/833,581.

---

**JUDGMENT**

---

MICHAEL DOANE, Miles & Stockbridge PC, Tysons Corner, VA, argued for appellants. Also represented by AJAY JAGTIANI.

MOLLY R. SILFEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 14, 2020          /s/ Peter R. Marksteiner
     Date               Peter R. Marksteiner
                        Clerk of Court